IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JULIA E. BLACKWOOD,**

    **Plaintiff,**

v.                                                    Civil Action No. 2:18-CV-1216
                                                         Honorable John T. Copenhaver, Jr.

**BERRY DUNN, LLC,**
**NICOLE Y. BECNEL,**
**and JANE DOE(S),**

    **Defendants.**

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

This day came the plaintiff, Julia E. Blackwood ("Plaintiff"), by her counsel, Michael D. Weikle, Esquire, and came the defendant Berry, Dunn, McNeil & Parker, LLC ("Berry Dunn"), by counsel, Brian J. Moore of Dinsmore & Shohl, LLP, and advised the court that it is stipulated by and between counsel for Plaintiff and counsel for defendant Berry Dunn that Plaintiff's breach of promise and detrimental reliance claim ("Claim for Promissory Estoppel) against Berry Dunn is fully compromised and settled by their entry into a separate agreement captioned "Partial Settlement Agreement." which is incorporated herein by reference, and by this Order Plaintiff's Claim for Promissory Estoppel is to be dismissed *with prejudice* and without costs to the Plaintiff or Berry Dunn. As stated therein, the Partial Settlement Agreement does not include any claim previously dismissed by the Court, and the parties retain the right to appeal the Court rulings on those claims and/or other rulings of the Court on the motions filed in this action upon entry of this order.

**WHEREUPON**, the Court, perceiving no objection thereto, hereby **ORDERS** that the plaintiff's Claim for Promissory Estoppel against Berry Dunn be dismissed from the docket of this Court *with prejudice*, as fully compromised and settled, each party to pay their own costs.

**ENTER:** _____, 2019.

_____
John T. Copenhaver, Jr.
Senior United States District Judge

Approved by Counsel of Record:

/s/Brian J. Moore
Hon. Brian J. Moore (KY Bar #89220)
DINSMORE & SHOHL LLP
P.O. Box 11887
Charleston, WV 25339-1887
Telephone:  (304) 357-0900
Facsimile:  (304) 357-0919
Email:  brian.moore@dinsmore.com

Counsel for Defendant
　　**BERRY DUNN, LLC**


  /s/Michael F. Weikle
Michael D. Weikle, Esquire
51 Gibson Court
Tiffin, OH 44883

Counsel for Plaintiff
　　**JULIA E. BLACKWOOD**