```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
               AT CHARLESTON
```

JULIA E. BLACKWOOD,

      Plaintiff,

v.                                   Civil Action No. 2:18-cv-1216

BERRY DUNN, LLC and
NICOLE Y. BECNEL,

      Defendants.

## JUDGMENT ORDER

Plaintiff's cause of action for breach of contract and detrimental reliance, otherwise referred to as plaintiff's claim for promissory estoppel, having this day been dismissed with prejudice as settled and agreed, judgment is hereby awarded and entered in favor of the above-named defendants and against plaintiff on all other causes of action in this case, as set forth in the court's memorandum opinion and order entered on May 29, 2019, and that plaintiff take nothing on those causes of action.

This case is dismissed from the docket and the Clerk is directed to transmit copies of this order to all counsel of record.

ENTER: September 12, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge